**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2385**

PHILLIP M. PRIDGEN,

             Plaintiff - Appellant,

        v.

DEPARTMENT OF PUBLIC WORKS, Bureau of Highways; EDWARD C.
ADAMS, JR., Department of Public Works/Bureau of Highways;
ROBERT BURGESS, Department of Public Works/Bureau of
Highways; TOM SHUMAKER, Department of Public Works/Bureau of
Highways; RICK RICHARDS, Department of Public Works/Bureau
of Highways; GEORGE GAY, Department of Public Works/Bureau
of Highways; THERESA S. HILL, Baltimore County Human
Resources; RANDY SHIFFLETT; JAMES T. SMITH, County
Executive, Department of Public Works/Bureau of Highways,

             Defendants - Appellees.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge. (1:08-cv-02826-WDO)


Submitted: October 21, 2010        Decided: November 15, 2010


Before GREGORY, SHEDD, and AGEE, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Phillip M. Pridgen, Appellant Pro Se.  Jeffrey Grant Cook,
BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip M. Pridgen appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pridgen v. Dep't of Pub. Works, No. 1:08-cv-02826-WDO (D. Md. Dec. 1, 2009). We deny Pridgen's motion for appointment of counsel as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3